# Court of Appeals
# of the State of Georgia

ATLANTA,___May 14, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1653. TIARA S. JONES v. AUTOMOTIVE CREDIT CORPORATION.**

On January 9, 2015, the trial court entered judgment against Tiara Jones in the amount of $2,875.83, plus $856.32 in interest, $217.50 in attorney fees, and $399.78 in court costs. On February 4, 2015 she filed a notice of appeal declaring that she was appealing to the Supreme Court. Jones subsequently amended her notice of appeal to indicate that she was appealing to this Court. We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures. "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is [$10,000] or less, an application for discretionary appeal is required." *Lightwerk Studios v. Door Units of Ga.*, 184 Ga. App. 148, 149 (361 SE2d 32) (1987). Because this suit is an action for damages and the judgment entered was less than $10,000, Jones was required to follow the discretionary appeal procedures to obtain appellate review. Because she failed to do so, the appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/14/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*